

American Arbitration Association
*Dispute Resolution Services Worldwide*

# REQUEST FOR MEDIATION

| Name of Responding Party TMC Transportation Inc. | Name of Representative (if known) | | |
|---|---|---|---|
| Address: 6115 SW Leland Avenue | Name of Firm (if applicable) | | |
| Attn: Todd L. Bunting | Representative's Address: | | |
| City: Des Moines | State: IA | Zip Code: 50321 | City | State | Zip Code |
| Phone No. (800) 247-2460 | Fax No. (515) 287-4695 | Phone No. | Fax No. |
| Email Address: | Email Address: |

The undersigned party to an agreement contained in a written contract dated __February 1, 2006__, providing for mediation under the __Commercial__ Mediation Procedures of the American Arbitration Association, hereby requests mediation

**THE NATURE OF THE DISPUTE**
Claim for damage to Boeing jet engines which suffered injury when the respondent's truck overturned on June 13, 2006 on Interstate 74 in Knox County, Illinois

**CLAIM OR RELIEF SOUGHT (amount, if any):**
$5,750,000.00 plus interest and misc. costs

Mediation locale __Seattle, WA__ (check one) ☒ Requested by Filing Party ☐ Locale provision included in the contract

Type of Business: Filing Party __Insurance Companies__    Responding Party __Trucking Company__

You are hereby notified that copies of our mediation agreement and this request are being filed with the American Arbitration Association's Case Management Center, located in (check one) ☐ Atlanta, GA ☐ Dallas, TX ☐ East Providence, RI ☒ Fresno, CA ☐ ICDR, NY, with a request that it commence administration of this mediation.

| Signature (may be signed by a representative)  Date: 11/12/07 | Name of Representative David T. Maloof |
|---|---|
| Name of Filing Party See attached Rider A | Name of Firm (if applicable) Maloof Browne & Eagan LLC |
| Address (to be used in connection with this case): See attached Rider A | Representative's Address: 411 Theodore Fremd Ave, Suite 190 |
| City See attached Rider A | State | Zip Code See attached Rider | City Rye | State NY | Zip Code 10580 |
| Phone No. See attached Rider A | Fax No. See attached Rider A | Phone No. (914) 921-1200 | Fax No. (914) 921-1023 |
| Email Address: See attached Rider A | Email Address: dmaloof@maloofandbrowne.com |

To begin proceedings, please send two copies of this Request and the Mediation Agreement to the AAA. Send the originals to respondent.

Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879

## RIDER A TO REQUEST FOR MEDIATION

| | |
|---|---|
| **Underwriters at Lloyds and other London Companies**<br>c/o Marsh – HYNIX<br>1 Tower Place West<br>London EC3R 5BU England<br>Attn: Nick Bartholomew<br>Tel: 01144 160 320 7613<br>Fax: 01144 160 320 7075<br>Nick.bartholomew@marsh.com | **Royal Sun Alliance Insurance Company**<br>c/o Marsh – HYNIX<br>1 Tower Place West<br>London EC3R 5BU England<br>Attn: Nick Bartholomew<br>Tel: 01144 160 320 7613<br>Fax: 01144 160 320 7075<br>Nick.bartholomew@marsh.com<br>Phil.berg@uk.royalsun.com |
| **RLI Insurance Company**<br>9025 N. Lindbergh Dr.<br>Peoria, IL 61615<br>Attn: Jim Baalmann<br>Tel: (309) 692-1000<br>Fax: (309) 692-6796<br>jim_baalmann@rlicorp.com | **St. Paul Travelers Insurance Company**<br>200 N. LaSalle, Ste 2100<br>Chicago, IL 60601<br>Attn: Mary Wiseman<br>Tel: (312) 917-3604<br>Fax: (312) 917-2130<br>mewisema@travelers.com |
| **Great American Insurance Company**<br>65 Broadway, 20th Floor<br>New York, NY 10006<br>Attn: Ben Lombardi<br>Tel: (510) 988-2225<br>Fax: (510) 935-8636<br>blombardi@gaic.com | **Mitsui Insurance Company**<br>560 Lexington Ave. 20th Floor<br>New York, NY 10022<br>Attn: Michael Osorio<br>Tel: (212) 230-2964<br>Fax: (212) 319-7061<br>mosorio@msicus.com |
| **Tokio Marine Michido & Fire Insurance Company**<br>230 Park Avenue<br>New York, NY 10169<br>Attn: Patricia Quinn<br>Tel: (212) 297-6752<br>Fax: (212) 297-6968<br>patricia.quinn@tmclaimsservice.com | **XL Insurance Company**<br>99 Park Avenue, 3rd Floor<br>New York, NY 10016<br>Attn: Jonathan O'Hara<br>Tel: (212) 331-1304<br>Fax: (212) 331-1300<br>Jonathan.ohara@xlgroup.com |
| **Fireman's Fund Insurance Company**<br>33 W. Monroe St. Ste 1200<br>Chicago IL 60603-5316<br>Attn: Fiona Hurjon<br>Tel: (312) 441-6224<br>Fax: (312 441-6220<br>fhurjon@ffic.com | **Astro (Baloise Insurance Company)**<br>c/o Aon Insurance Managers<br>76 Paul Street, Suite 500<br>Burlington, VT 05401-4477<br>Attn: Thao T. Nguyen<br>Thao_Nguyen@agl.aon.com |

| The Hartford Insurance Company<br>PO Box 3122<br>Naperville, IL 60566<br>Attn: Sherry Ortega<br>Tel: 800) 843-7006 x28845<br>Fax: (800) 380-9699<br>yvette.kubon@thehartford.com | Astro (Zurich Insurance Company)<br>c/o Aon Insurance Managers<br>76 Paul Street, Suite 500<br>Burlington, VT 05401-4477<br>Attn: Thao T. Nguyen<br>Thao_Nguyen@agl.aon.com |
|---|---|

F:/WP-Docs/2401.03/Rider A to Req for Mediation.doc