## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: **08 C 1106**

Annett Holdings, Inc. d/b/a TMC Transportation, Inc., et al. v.
Underwriters at Lloyds and Other London Companies, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs
Annett Holdings, Inc. d/b/a TMC Transportation, and
Yellowstone Trucking, Inc.

**JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) | |
| Todd A. Strother | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Todd A. Strother | |
| FIRM | |
| Bradshaw, Fowler, Proctor & Fairgrave, P.C. | |
| STREET ADDRESS | |
| 801 Grand Avenue, Suite 3700 | |
| CITY/STATE/ZIP | |
| Des Moines, IA 50309-2727 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6230355 | (515) 246-5848 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**