**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1106**

In the Matter of                                    Case Number:

Annett Holdings, Inc. d/b/a TMC Transportation, Inc., et al. v.
Underwriters at Lloyds and Other London Companies, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs
Annett Holdings, Inc. d/b/a TMC Transportation, and
Yellowstone Trucking, Inc.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

| |
|---|
| NAME (Type or print) <br> Christopher J. Werner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher J. Werner |
| FIRM <br> Smith & Bent, P.C. |
| STREET ADDRESS <br> 53 West Jackson Boulevard, Suite 402 |
| CITY/STATE/ZIP <br> Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278691 | TELEPHONE NUMBER <br> (312) 546-6140 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT