UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, RLI INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE PLC, ST. PAUL FIRE & MARINE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, THE BALOISE INSURANCE COMPANY, LTD., HARTFORD FIRE INSURANCE COMPANY, ZURICH GLOBAL CORPORATE, UK LTD., <br><br> Defendants. | CASE NO.: 08 C 1106 (JHL) (NRN) <br><br> **Honorable Judge Lefkow** |

**NOTICE OF MOTION TO TRANSFER TO
THE WESTERN DISTRICT OF WASHINGTON PURSUANT TO
28 U.S.C. SECTION 1404(a)**

PLEASE TAKE NOTICE THAT on the 27th day of March, 2008 at 9:30 a.m. in Room 1925 of the United States District Court, Northern District of Illinois, Chicago, Defendants, Certain Underwriters at Lloyds and those companies severally subscribing to Boeing Policy

1

Number 509/JC487006, Royal & Sun Alliance Insurance plc, RLI Insurance Company, St. Paul Fire & Marine Insurance Company, Great American Insurance Company, Mitsui Sumimoto Insurance Company of America, Tokio Marine & Nichido Fire Insurance Company, XL Specialty Insurance Company, Fireman's Fund Insurance Company, The Baloise Insurance Company, Ltd., Hartford Fire Insurance Company and Zurich Global Corporate, UK Ltd. (hereinafter "Defendants") will move this Honorable Court for an order:

(1) Transferring this action to the Western District of Washington pursuant to 28 U.S.C. § 1404(a).

                Respectfully Submitted,

                SCHOEN MANGAN & SMITH

                By: s\Thomas P. Mangan
                    Thomas P. Mangan, Esq.
                200 W. Adams, Suite 1005
                Chicago, IL 60606
                Tel: (312) 726-5151
                Fax: (312) 726-0884
                Email: tmangan@schoenmslaw.com

                and

                MALOOF BROWNE & EAGAN, LLC
                David T. Maloof, Esq.
                Thomas M. Eagan, Esq.
                411 Theodore Fremd Avenue, Suite 190
                Rye, New York 10580
                Tel: (914) 921-1200
                Fax: (914) 921-1023
                Email: dmaloof@maloofandbrowne.com
                *Attorneys for Defendants*