UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Annett Holdings, Inc., et al.

                Plaintiff,

v.                                                                                            Case No.: 1:08−cv−01106

                                                                                                             Honorable Joan H. Lefkow

Certain Underwriters at Lloyds and those Companies Severally Subscribing to Boeing Policy Number 509/JC487006, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Motion hearing held on 3/27/2008 regarding motion to transfer case [14]. Response to defendants' motion to transfer [14] is due by 4/17/2008; reply is due by 5/1/2008; ruling will issue by mail by 6/10/2008. Status hearing of 4/22/2008 stricken and reset to 6/10/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.