UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, RLI INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE PLC, ST. PAUL FIRE & MARINE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, THE BALOISE INSURANCE COMPANY, LTD., HARTFORD FIRE INSURANCE COMPANY, ZURICH GLOBAL CORPORATE, UK LTD., <br><br>Defendants. | CASE NO.: 08 C 1106 (JHL) (NRN)<br><br>HONORABLE JUDGE LEFKOW |

### AMENDED NOTICE OF MOTION TO DEFER ANSWER AND DISCOVERY PENDING RESOLUTION OF MOTION TO TRANSFER

PLEASE TAKE NOTICE THAT on 17th day of April, 2008 at 9:30 a.m. in Room 1925 of the United States District Court, Northern District of Illinois, Chicago, Defendants, Certain Underwriters at Lloyds and those companies severally subscribing to Boeing Policy Number 509/JC487006, Royal & Sun Alliance Insurance plc, RLI Insurance Company, St. Paul Fire & Marine Insurance Company, Great American Insurance Company, Mitsui Sumitomo Insurance Company of America, Tokio Marine & Nichido Fire Insurance Company, XL Specialty Insurance

Company, Fireman's Fund Insurance Company, The Baloise Insurance Company, Ltd., Hartford Fire Insurance Company and Zurich Global Corporate, UK Ltd (hereinafter "Defendants") will move this Honorable Court for an order:

deferring Defendants' obligation to answer the Complaint and to engage in discovery pending resolution of Defendants' Motion to Transfer.

        Respectfully Submitted,
        SCHOEN MANGAN & SMITH

        By: s/Thomas P. Mangan
        Thomas P. Mangan, Esq.
        200 W. Adams, Suite 1005
        Chicago, IL 60606
        Tel: (312) 726-5151
        Fax: (312) 726-0884
        Email: tmangan@schoenmslaw.com

        and

        MALOOF BROWNE & EAGAN, LLC
        David T. Maloof, Esq.
        Thomas M. Eagan, Esq.
        411 Theodore Fremd Avenue, Suite 190
        Rye, New York 10580
        Tel: (914) 921-1200
        Fax: (914) 921-1023
        Email: dmaloof@maloofandbrowne.com
        *Attorneys for Defendants*