# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF 1 — ISP-4539-20060613-083755

| DRAC | DRAC | PEDV | PEDV | TRFC | TRFD | WEAT | DRVA | DRVA | VIS | VIS | LIGHT | COLL | MANV | MANV | PPA | PPA | PL | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | UI | 1 | UI | 1 | 1 | 1 | 8 | UI | 1 | UI | 5 | 5 | 13 | UI | | UI | | |

INVESTIGATING AGENCY: ILLINOIS STATE POLICE
AGENCY CRASH REPORT NO.: 07-06-00212
DATE OF CRASH: 06/13/2006
TIME OF CRASH: 07:35 AM
*0827886*

ADDRESS NO. / TYPE OF REPORT: 1 On-scene / TYPE OF CRASH: C No Injury/Tow
INTERSECTION RELATED: N  PRIVATE PROPERTY: N  HIT/RUN: N
NO. VEHICLES: 1
LARS CODE: 

HIGHWAY OR STREET NAME: Interstate 74
DISTANCE: 0.32  DIRECTION: South  NAME OF INTERSECTION OR ROAD FEATURE: MP 38 INTERSTATE 74
CITY/TOWNSHIP: RIO TWP  COUNTY: KNOX

### Driver (UNIT 1)
NAME: MESSNER, BETTY ELLEN
STREET ADDRESS: 16362 S. HIRAM AVE.
CITY: OREGON CITY  STATE: OR  ZIP: 97045
TELEPHONE: (503) 970-7020
LICENSE NO.: 1641614  STATE: OR  CLASS: A
DOB: 01/26/1954  SEX: F  SAFT: 2  AIR: 9  EJECT: —  INJURY: O
MAKE: Freightliner  MODEL: Long Conventional  YEAR: 1997
PLATE NO.: SB6762  STATE: IA  YEAR: 2006
VIN: 1FUYDDYBXVP686558
VEHICLE OWNER: YELLOWSTONE TRUCKING INC...
OWNER ADDRESS: 5525 63RD STREET, DES MOINES, IA, 50306
DAMAGED AREA(S): NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN — X TOTAL
POINT OF 1ST CONTACT: 1
TOWED: Y  FIRE: N  HAZMAT SPILL: N  COMVEH: Y
INSURANCE CO.: Lincoln General Insurance Company
POLICY NO.: LMB100021
TELEPHONE: (503) 970-7020

### Driver (W)
DATE OF BIRTH: —  SEX: —  SAFT: —  AIR: —  EJECT: —  INJURY: —
MAKE: —  MODEL: —  YEAR: —
PLATE NO.: —  STATE: —  YEAR: —
VIN: —
VEHICLE OWNER: —
OWNER ADDRESS: —
DAMAGED AREA(S): NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN
POINT OF 1ST CONTACT: —
TOWED: n/a  FIRE: n/a  HAZMAT SPILL: n/a  COMVEH: n/a
INSURANCE CO.: —
TELEPHONE: —  POLICY NO.: —

EMS AGENCY: —  TAKEN TO: —  HOSP: n/a  EMS: n/a

PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL):
- MESSNER, MICHAEL LEE, 16362 S. HIRAM AVE, OREGON CITY, OR 97045, (503) 970-7020
- SUTTON, COLLEEN A, 1716 E. 5TH STREET APT. D, KEWANEE, IL 61443, (309) 221-3507
- ROGERS, RUSSELL G, 119 W. FIRST, EAST GALESBURG, IL 61430, (309) 337-3127

DAMAGE PROPERTY OWNER NAME: DOT - IL Dept of Transportation
PROPERTY OWNER ADDRESS: 2300 S. DIRKSEN PARKWAY, SPRINGFIELD, IL 62764
DAMAGED PROPERTY: Sod damage

ARREST NAME: MESSNER, BETTY ELLEN
SECTION: 18b-103 (3923) driving while fatig  CITATION NO.: 4053863
SECTION: —  CITATION NO.: —

CONTRIBUTORY CAUSE (primary): 17 Physical condition of driver
CONTRIBUTORY CAUSE (secondary): 20 Improper lane usage
DATE NOTIFIED: 06/13/2006  TIME NOTIFIED: 07:39 AM
COURT DATE: 07/17/2006  COURT TIME: 09:00 AM

OFFICER ID: 4539  BEAT/DIST: 7  SUPERVISOR ID: —

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJECT | LOC |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 08/18/1954 | M | 1 | 9 | O | - | 3 |
| W | - | 08/18/1980 | F | - | - | - | - | - |
| W | - | 01/24/1980 | M | - | - | - | - | - |

| KNO | SMOST | KVYT | LOC |
|---|---|---|---|
| 1 | 1 | 1 | 3 |
| 2 | X | 2 | - |
| 3 | 1 | 1 | 2 |

TREW: 2
VEHT: 7
UI
# LANES: 4
ALGN: 1
PSUR: 1
VEHU: 20  UI
RDEF: 1
BAC: 96  UI
NO. OCCS: 2
NO. OCCS: UI
DRP: 1

**EXHIBIT C**



