IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, ET AL,<br><br>Defendants. | CASE NO: 1:08-cv-01106<br><br><br>**AFFIDAVIT OF GLEN MCCRAVY** |

### AFFIDAVIT OF GLEN MCCRAVY

STATE OF IOWA        )
                     ) ss:
COUNTY OF POLK       )

I, Glen McCravy, do hereby depose and state:

1. I have personal knowledge of the facts set forth herein and, if called to testify, I would testify to the same.

2. I am employed by Annett Holdings, Inc. d/b/a TMC Transportation, Inc. ("TMC"). I have been employed by TMC since August 1990.


EXHIBIT D

3. Plaintiff Yellowstone Trucking, inc. ("Yellowstone") is a wholly-owned subsidiary of AHI. In my position at TMC, I also have responsibilities for the operations of Yellowstone.

4. I am familiar with the Freight/Transportation Services Agreement (the "Service Contract") that was entered into on February 1, 2006, between The Boeing Company ("Boeing") and Yellowstone. A copy of the Service Contract and its amendments are attached as Exhibit E to Plaintiffs' Resistance to Defendants' Motion to Transfer.

5. The Service Contract and several amendments thereto were negotiated and signed by Becky Short on behalf of Boeing. At the time she signed the Service Contract and amendments, Mrs. Short worked in Boeing's Wichita, Kansas office. I have confirmed that Mrs. Short still works for Boeing in that office.

6. Another amendment to the Service Contract was negotiated and signed by Thomas Stahlheber on behalf of Boeing. At the time, Mr. Stahlbeber worked in Boeing's St. Louis, Missouri office. I have confirmed that Mr. Stahlheber still works for Boeing in that office.

7. The Yellowstone truck drivers who were involved in the accident at issue in this lawsuit still work as drivers for Yellowstone. Thus, they will voluntarily appear for trial in the State of Illinois.

8. TMC employee Dales Schaben negotiated and signed several amendments to the Service Contract on behalf of TMC. Mr. Schaben works for TMC in Des Moines, Iowa.

9. TMC employee Todd Bunting investigated the truck accident on behalf of TMC. Mr. Bunting works for TMC in Des Moines, Iowa.

10. Yellowstone employee Dan White signed the Service Contract on behalf of Yellowstone. Mr. White still works for Yellowstone and will voluntarily appear for trial in the State of Illinois.

11. Attached as Exhibit B to Plaintiffs' Resistance is a true and correct copy of a report from claims adjuster McLarens Young International that was provided to TMC by counsel for the Defendants.

12. Attached as Exhibit C to Plaintiffs' Resistance is a true and accurate copy of the Illinois Traffic Crash Report relating to the truck accident at issue in this lawsuit.

Further Affiant Sayeth Not.
Dated: April 18, 2008.

_____
Glen McCravy

Subscribed and sworn to me by Glen McCravy on this 17th day of April, 2008.

_____
Notary Public in and for said
County and State

My Commission Expires:

MARTHA GRICE
Commission Number 160142
My Commission Expires
4-4-09

-3-