LAW OFFICES
## BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
801 GRAND AVENUE, SUITE 3700
DES MOINES, IOWA 50309-8004
TELEPHONE (515) 243-4191
FAX (515) 246-5808
WEB www.bradshawlaw.com

WRITER'S DIRECT DIAL NUMBER
(515) 246-5848

WRITER'S E-MAIL ADDRESS
dennis.denny@bradshawlaw.com

KENT M. FORNEY
MICHAEL H. FIGENSHAW
EDWARD E. JOHNSON
WILLIAM F. FANTER
DAVID J. W. PROCTOR
JAMES M. HOLCOMB
DENNY M. DENNIS
DONALD F. NEIMAN
MARK L. TRIPP
DAVID L. JENKINS
STEVEN M. AUGSPURGER
GREGORY A. WITKE
D. BRIAN SCIESZINSKI
GREGORY L. KENYON
KELLY L. MCCARTY
KARL T. OLSON
MICHAEL L. MOCK
JEFFREY D. GOETZ
IRIS J. POST
GORDON R. FISCHER
ANN C. SPELLMAN
SEAN M. O'BRIEN

TODD A. STROTHER
PATRICK D. SMITH
JASON T. MADDEN
LORI A. BRANDAU
MATTHEW J. HAINDFIELD
DAVID N. MAY
JASON C. PALMER
PATRICK T. BURK
SCOTT WORMSLEY
JANICE M. THOMAS
LORI E. COLE MAGERKO
MEGAN M. ALTHOFF WOLFE
ANDREW C. JOHNSON
KARIN A. STRAMEL
ANNE R. COOK
THOMAS M. BOES
JULIE A. BUENZOW
TIMOTHY N. LILLWITZ
MELINDA G. YOUNG
BRADLEY M. BEAMAN
AMY R. TEAS
JOHN F. HODGES

CHARLES S. BRADSHAW
1871-1953
REX H. FOWLER
1893-1972
W. Z. PROCTOR
1902-1995
D. J. FAIRGRAVE
1906-1990

OF COUNSEL
JOHN C. CORTESIO, JR.
J. EDWARD POWER
LARRY D. SPAULDING
CYNTHIA A. HURLEY

January 4, 2008

Ms. Hilda Ibarra-Medrano
Senior Case Manager
American Arbitration Association
Western Case Management Center
6795 North Palm Avenue, Second Floor
Fresno, CA 93704

VIA E-MAIL and
U.S. REGULAR MAIL

Re: *Underwriters v. TMC*
AAA No. 75 174 423 07

Dear Ms. Ibarra-Medrano:

This will acknowledge receipt of your e-mail dated January 4, 2008 at 11:38 a.m. I can now confirm that we will be representing TMC in the above-referenced matter.

I have discussed the status of this matter with David Maloof, attorney for the Claimants, and informed him that we will be representing TMC in this case. Also, we discussed the matter of mediation and mediation dates. Given the current status of this case and the fact that we are only now able to begin investigation and research necessary to properly advise our clients, the January and February dates suggested for mediation are not viable. Both Mr. Maloof and our office have agreed that we would be available for a mediation date in early March. I have also advised Mr. Maloof that while we are willing to identify mutually available dates in March for a mediation, we do reserve the right to decline to participate in a mediation, depending upon the findings and conclusions we reach in our investigation and research.

In any event, we would appreciate your inquiring as to the mediator's availability in early March for a possible mediation of this case.

Thank you for your cooperation and assistance in this matter, and if you have any questions or comments at this time, please call. Kindest regards.

Very truly yours,

Denny M. Dennis

DMD/lca
cc: David Maloof

EXHIBIT F