**From:** Denny Dennis
**To:** IbarraH@adr.org; Lucy Anderson
**Date:** 1/7/08 10:48AM
**Subject:** RE: AAA No. 75 174 423 07-Please correspondence dated 1/4/08 from Denny Dennis

Not to belabor this issue, but I want to remind everyone that we do not agree that there is an absolute obligation to engage in a mediation under the circumstances of this case. As indicated in my prior letter, we are willing to identify a date in March for possible mediation, but reserve the right to decline to participate in mediation.

Denny M. Dennis
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5848
Fax: (515) 246-5808
Email: dennis.denny@bradshawlaw.com
Web: www.bradshawlaw.com

NOTICE: This e-mail message (including any file attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail or a collect telephone call and delete or destroy all copies of this message and any file attachment. Thank you!

>>> <IbarraH@adr.org> 01/07/08 07:55AM >>>

Thank you Mr. Maloof. I will obtain dates from the mediator and provide those to you both as soon as possible.

---

Hilda Ibarra-Medrano
Senior Case Manager
American Arbitration Association
Phone: 559.490.1878
Fax: 559.490.1919
Email: ibarrah@adr.org

Confidentiality Notice: This e-mail communication (and/or documents accompanying such) is confidential and is intended only for the individuals or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 559-490-1878 during the hours of 8:30 A.M.-4:30 P.M. (pacific time). Please then delete the e-mail and any copies of it. Thank you.

-----Original Message-----
From: David Maloof [mailto:Dmaloof@maloofandbrowne.com]
Sent: Friday, January 04, 2008 3:29 PM

EXHIBIT G

To: Anderson.Lucy@bradshawlaw.com; Hilda Ibarra
Subject: RE: AAA No. 75 174 423 07-Please correspondence dated 1/4/08 from Denny Dennis

Ms. Ibarra- we have no problem doing a mediation in March.

We consider that Defendant is bound to mediate and to do so in good faith.

Have a nice weekend.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York  10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected.  The contents of this email are intended only for the recipient(s) listed above.  If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission.  If you have received this email in error, please notify the sender immediately and delete the transmission.  Delivery of this message is not intended to waive any applicable privileges.  This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.


-----Original Message-----
From: Anderson.Lucy@bradshawlaw.com [mailto:Anderson.Lucy@bradshawlaw.com]
Sent: Friday, January 04, 2008 6:00 PM
To: IbarraH@adr.org; David Maloof
Subject: AAA No. 75 174 423 07-Please correspondence dated 1/4/08 from Denny Dennis



Lucy C. Anderson
Legal Secretary
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Phone:  (515) 246-5857
Fax:  (515) 246-5808
E-Mail:  anderson.lucy@bradshawlaw.com
Web:  www.bradshawlaw.com

NOTICE:  This e-mail message (including any file attachment) is intended

only for the use of the individual or entity to which it is addressed,
and
may contain information that is privileged and/or confidential. If you
are
not the intended recipient, any dissemination, distribution or copying
of
this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by reply e-mail or
a
collect telephone call and delete or destroy all copies of this message
and
any file attachment. Thank you!

CC:    dmaloof@maloofandbrowne.com; glenm@annettholdings.com; Todd Strother