**From:** Todd Strother
**To:** Ibarra, Hilda; Maloof, David
**Date:** Fri, Feb 15, 2008 12:59 PM
**Subject:** RE: AAA No. 75 174 423 07

COPY

Ms. Ibarra and Mr. Maloof,
Please be advised that Denny Dennis has been out of town the past week, but will be returning next week. As Mr. Dennis has previously advised, we do not believe there is an absolute obligation on the part of TMC, under the applicable contract, to engage in mediation under the circumstances of this case. However, Mr. Dennis and I have been discussing the demanded mediation with our client and their insurance carrier, and we hope to be able to advise as to their position on this by mid-to-late next week when Mr. Dennis returns to the office. Until then, we continue to reserve all rights as set forth in prior correspondence.


Todd Strother
Attorney at Law
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5889
Fax: (515) 246-5808
E-Mail: strother.todd@bradshawlaw.com
Web: www.bradshawlaw.com

NOTICE: This e-mail message (including any file attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and/or confidential. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail or a collect telephone call and delete or destroy all copies of this message and any file attachment. Thank you!

>>> "Hilda Ibarra" <IbarraH@adr.org> 02/13/08 02:47PM >>>
Mr. Denny,
Please copy me on your response to Mr. Maloof so that I can advise the mediator of who will attend the mediation should there be any additional disclosures he needs to make. Thank you.

-----Original Message-----
From: David Maloof [mailto:Dmaloof@maloofandbrowne.com]
Sent: Wednesday, February 13, 2008 11:09 AM
To: David Maloof; Hilda Ibarra
Cc: dennis.denny@bradshawlaw.com
Subject: RE: AAA No. 75 174 423 07 - See Correspondence dated 01/23/08

Mr. Denny-

If there are additional insurance counsel who plan to attend the mediation, please advise their contact details so we can copy them on our submissions.

We understand the policy to be $1 million. Please advise if this is erroneous.



EXHIBIT J

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York  10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client
privileged, attorney work-product and/or that is otherwise privileged or
protected.  The contents of this email are intended only for the
recipient(s) listed above.  If you are not the intended recipient, you
are directed not to read, disclose, distribute or otherwise use this
transmission.  If you have received this email in error, please notify
the sender immediately and delete the transmission.  Delivery of this
message is not intended to waive any applicable privileges.  This email
is sent on a without prejudice basis and all contents are subject to
client approval before becoming binding.


-----Original Message-----
From: David Maloof
Sent: Monday, January 28, 2008 12:50 PM
To: 'Hilda Ibarra'
Cc: dennis.denny@bradshawlaw.com
Subject: RE: AAA No. 75 174 423 07 - See Correspondence dated 01/23/08


Yes for me and I will confirm with client once we have a firm date.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York  10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client
privileged, attorney work-product and/or that is otherwise privileged or
protected.  The contents of this email are intended only for the
recipient(s) listed above.  If you are not the intended recipient, you
are directed not to read, disclose, distribute or otherwise use this
transmission.  If you have received this email in error, please notify
the sender immediately and delete the transmission.  Delivery of this
message is not intended to waive any applicable privileges.  This email
is sent on a without prejudice basis and all contents are subject to
client approval before becoming binding.

-----Original Message-----
From: Hilda Ibarra [mailto:IbarraH@adr.org]
Sent: Monday, January 28, 2008 12:46 PM
To: David Maloof
Cc: dennis.denny@bradshawlaw.com
Subject: FW: AAA No. 75 174 423 07 - See Correspondence dated 01/23/08

Mr. Maloof, per the dates proposed by Mr. Dennis in the letter sent (enclosed) are these dates available for you and your client?

-----Original Message-----
From: Lucy Anderson [mailto:Anderson.Lucy@bradshawlaw.com]
Sent: Wednesday, January 23, 2008 1:55 PM
To: Hilda Ibarra
Cc: glenm@annettholdings.com; Dmaloof@maloofandbrowne.com
Subject: AAA No. 75 174 423 07 - See Correspondence dated 01/23/08

Denny M. Dennis
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5848
Fax: (515) 246-5808
Email: dennis.denny@bradshawlaw.com
Web: www.bradshawlaw.com


**CC:**          Dennis, Denny