**Denny Dennis - RE: TMC/Yellowstone v. Underwriters at Lloyds, et al.**

| | |
|---|---|
| **From:** | "David Maloof" <Dmaloof@maloofandbrowne.com> |
| **To:** | "Todd Strother" <Strother.Todd@bradshawlaw.com> |
| **Date:** | 2/25/08 10:57AM |
| **Subject:** | RE: TMC/Yellowstone v. Underwriters at Lloyds, et al. |
| **CC:** | "Denny Dennis" <Dennis.Denny@bradshawlaw.com>, <cwerner@smithandbent.com> |

Thank you.

Please provide by close of business this week the so-called "legal basis" that you have for the remarkable position that you have taken denying our right to mediation and arbitration.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York 10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.


-----Original Message-----
From: Todd Strother [mailto:Strother.Todd@bradshawlaw.com]
Sent: Monday, February 25, 2008 11:46 AM
To: David Maloof
Cc: Denny Dennis; cwerner@smithandbent.com
Subject: TMC/Yellowstone v. Underwriters at Lloyds, et al.


EXHIBIT L

Mr. Maloof,

Pursuant to our conversation this morning, we will plan to review your mediation statement and touch base with you later this week to discuss whether the parties can agree on a procedure, forum and location to resolve this matter.

In the meantime, as we advised, we want to move forward with service of the lawsuit we filed in Illinois. To that end, attached please find a FRCP Rule 4 Request to Waive Service for defendant Underwriters at Lloyds. I will be sending you, via separate emails, similar Rule 4 requests for all defendants other than Great American, Fireman's Fund, Tokio Marine and Mitsui Sumitomo, who we are having served either directly or through the Illinois Director of Insurance.

Should you have any questions about the attachments, please do not hesitate to call me or Denny.

Thanks

Todd Strother
Attorney at Law
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Phone:  (515) 246-5889
Fax:  (515) 246-5808
E-Mail:  strother.todd@bradshawlaw.com
Web:  www.bradshawlaw.com

NOTICE:  This e-mail message (including any file attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and/or confidential.  If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail or a collect telephone call and delete or destroy all copies of this message and any file attachment. Thank you!