LAW OFFICES
## BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
801 GRAND AVENUE, SUITE 3700

DES MOINES, IOWA 50309-8004

TELEPHONE (515) 243-4191

FAX (515) 246-5808

WEB www.bradshawlaw.com

WRITER'S DIRECT DIAL NUMBER

(515) 246-5848

WRITER'S E-MAIL ADDRESS

dennis.denny@bradshawlaw.com

KENT M. FORNEY
MICHAEL H. FIGENSHAW
EDWARD E. JOHNSON
WILLIAM F. FANTER
DAVID J. W. PROCTOR
JAMES M. HOLCOMB
DENNY M. DENNIS
DONALD F. NEIMAN
MARK L. TRIPP
DAVID L. JENKINS
STEVEN M. AUGSPURGER
GREGORY A. WITKE
D. BRIAN SCIESZINSKI
GREGORY L. KENYON
KELLY L. MCCARTY
KARL T. OLSON
MICHAEL L. MOCK
JEFFREY D. GOETZ
IRIS J. POST
GORDON R. FISCHER
ANN C. SPELLMAN

SEAN M. O'BRIEN
TODD A. STROTHER
PATRICK D. SMITH
JASON T. MADDEN
LORI A. BRANDAU
MATTHEW J. HAINDFIELD
DAVID N. MAY
JASON C. PALMER
SCOTT WORMSLEY
JANICE M. THOMAS
LORI E. COLE MAGERKO
MEGAN M. ALTHOFF WOLFE
ANDREW C. JOHNSON
ANNE R. COOK
THOMAS M. BOES
JULIE A. BUENZOW
TIMOTHY N. LILLWITZ
MELINDA G. YOUNG
BRADLEY M. BEAMAN
AMY R. TEAS
JOHN F. HODGES

CHARLES S. BRADSHAW
1871-1953
REX H. FOWLER
1893-1972
W. Z. PROCTOR
1902-1995
D. J. FAIRGRAVE
1906-1990

OF COUNSEL

JOHN C. CORTESIO, JR.
J. EDWARD POWER
LARRY D. SPAULDING
CYNTHIA A. HURLEY

February 29, 2008

Mr. David T. Maloof  
Maloof Browne & Eagan, LLC  
411 Theodore Fremd Avenue, Suite 190  
Rye, NY 10580

VIA E-MAIL

Re: *Underwriters, et al. v. TMC*

Dear Mr. Maloof:

This letter acknowledges receipt of your e-mail of February 26, 2008 (5:11 p.m.) regarding a proposed forum in which to resolve this case.

At the outset, you should be aware of our strong belief that neither TMC nor Yellowstone has any obligation to mediate and/or arbitrate this dispute with the Boeing insurance carriers. In this regard, we would invite your attention to the case of *ASW Allstate Painting & Construction Co., Inc. v. Lexington Insurance Company*, 94 F.Supp.2d 782 (W.D. Tex. 2000). This case is directly on point, and provides ample authority for our pursuit of a resolution of this matter in court. Moreover, we do not believe there is substantive merit to your claims, regardless of the forum in which it is adjudicated. Under the Carmack Amendment and its preemption of state law, notions of gross negligence on the part of the driver are not relevant. Even if gross negligence were a relevant issue, we do not agree that there was gross negligence in this case, whether analyzed under Washington law or that of any other jurisdiction. Simply stated, the limitation of liability provisions of the contract apply and TMC/Yellowstone liability does not exceed $50,000.

Initially, we note that your proposal is conditioned upon our client's agreement to submit to and participate in an AAA mediation. We would reiterate that neither TMC, nor Yellowstone, has an obligation to engage in such mediation, and will not participate in such a mediation. Accordingly, your proposal of February 26, 2008 is not acceptable.

Notwithstanding the above, we remain willing to discuss the jurisdictional issues with you, other than arbitration, to which we will not agree. However, before we would


EXHIBIT M

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

Mr. David T. Maloof
February 29, 2008
Page 2

entertain thoughts of agreeing to a jurisdiction other than the U.S. District Court for the Northern District of Illinois, we would be interested in hearing your reasons as to why this Court does not have jurisdiction, what court you believe does have jurisdiction, and why. Additionally, we would also like to know your reason as to why you believe the U.S. District Court for the Northern District of Illinois would not be the proper venue, what court you think would be the proper venue, and why.

If you could provide us with additional information and authority, as requested in the foregoing paragraph, we will be happy to consider further suggestions.

In the meantime, and until some other procedure is agreed upon, we feel it appropriate to pursue the litigation we have filed.

Very truly yours,

Todd A. Strother

Denny M. Dennis

TAS/DMD/lca

## Anderson, Lucy C.

| | |
|---|---|
| **From:** | Denny Dennis (Lucy Anderson) |
| **Sent:** | 2/29/2008 3:57:30 PM |
| **To:** | Dmaloof@maloofandbrowne.com |
| **CC:** | |
| **BCC:** | Dennis, Denny, Strother, Todd, |
| **Attachments:** | |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0 days(s) |
| **Subject:** | See Correspondence dated 2/29/08 re: Underwriters v TMC |

Denny M. Dennis
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5848
Fax: (515) 246-5808
Email: dennis.denny@bradshawlaw.com
Web: www.bradshawlaw.com