## SUBROGATION RECEIPT AND ASSIGNMENT

RECEIVED FROM Interested Underwriters and insurers as per Exhibit A (herein referred to as "Company") THE SUM OF Five million seven hundred and fifty thousand and xx/00 Dollars ($5,750,000.00) in Full settlement of all claims and demands of the undersigned for loss and damage by vehicle upset occuring on the 13th day of June A.D. 2006, to the property described in Policy No. As Per Exhibit A.

In consideration of and to the extent of said payment the undersigned hereby subrogates and assigns to said Company on a pro rata basis in relation to amount paid by each interested underwriter and insurer, all of the rights of recovery which the undersigned may have against any person or corporation liable for the loss mentioned above, and authorizes the said Insurance Company to exercise its rights of recovery in the undersigned's name as per the Policy referenced in Exhibit A.

Warranted no settlement has been made by the undersigned with any person or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss, and that no such settlement will be made or release given by the undersigned without the written consent of the said Insurance Company and the undersigned covenants and agrees to cooperate fully with said Insurance Company in the recovery proceedings but it is understood the undersigned is to be saved harmless from the costs of such proceedings, which are borne by the Company as per the Policy terms.

In Witness Whereof _Jennifer Russell_

has affixed _her_ hand and seal for The Boeing Company has caused this instrument to be signed by its duly authorized officer and seal of the corporation affixed thereto) this _20th_ day of _November_ 20 _07_     (L.S)

Witness:

_____

_____

|                          |                          |
|--------------------------|--------------------------|
| FOR INDIVIDUALS          | By _____ The Boeing Company    OFFICER |

### FOR INDIVIDUALS

State of

ss:

County of

On the ____ day of _____ 20___, before me
came _____
to me known to be the individual described in, and who
executed, the foregoing instrument, and acknowledged

FORM F-127 _____
                          NOTARY

### FOR CORPORATIONS

State of _ILLINOIS_

ss:

County of _COOK_

On the _20th_ day of _Nov._ 20 _07_, before me
came _____
to me known, who, being by me duly sworn, did depose
and say that he resides in _____ ; that
She is the _Director, Fns Litigation & Claims_
of _The Boeing Company_ the
corporation described in, and which executed, the foregoing
instrument; that he knows the seal of said corporation;
that the seal affixed to said instrument is such corporate
seal; that it was so affixed by order of the Board of
Directors of said corporation; and that S he signed
h er name thereto by like order.

_Monica Coffey_
                          NOTARY

OFFICIAL SEAL
MONICA COFFEY
Notary Public - State of Illinois
My Commission Expires May 1, 2010

EXHIBIT B

SCHEDULE OF INSURORS    The Boeing Company - Subrogation Receipt Exhibit A

# The Boeing Company
February 15, 2006 - February 15, 2007

June 13, 2006
Damage in Transit  (Pebbles, OH - Tukwila, WA)

| Insuror | Policy No. | Claim No. | Participation | Amount |
|---|---|---|---|---|
| Underwriters at Lloyds<br>C/o Marsh - HYNIX<br>1 Tower Place West<br>London  EC3R 5BU England<br>Attn: Nick Bartholomew<br><br>Phone: 01144 160 320 7613<br>Fax: 01144 160 320 7075<br>nick.bartholomew@marsh.com | JA487006 | JC4870040003 | 28.50% | $    1,638,750 |
| Royal Sun Alliance<br>C/o Marsh - HYNIX<br>1 Tower Place West<br>London  EC3R 5BU England<br>Attn: Nick Bartholomew<br><br>Phone: 01144 160 320 7613<br>Fax: 01144 160 320 7075<br>nick.bartholomew@marsh.com | JC487006 | JC4870040003 | 30.00% | $    1,725,000 |
| RLI insurance<br>9025 N  Lindbergh Dr.<br>Peoria, IL 61615<br>Attn: Victor Corso<br><br>Phone: (309)692-1000<br>Fax:(309)692-6796<br>Victor_Corso@rlicorp.com | CAR300008 | Please Advise | 2.50% | $      143,750 |
| St. Paul Travelers<br>P O  Box 203<br>Iselin, NJ 08830-0203<br>Attn: Bruce Daniels<br><br>Phone 800-242-1088<br>Fax: 732-494-9505<br>bcdaniel@travelers.com | OC01200749 | AES 1736 | 1.00% | $       57,500 |
| Continued on Next Page | | | | |

SCHEDULE OF INSURORS
The Boeing Company
June 13, 2006
Damage in Transit  (Pebbles, OH - Tukwila, WA)

| Insuror | Policy No. | Claim No. | Participation | Amount |
|---|---|---|---|---|
| Great American Insurance Co.<br>65 Broadway, 20th Floor<br>New York, NY 10006<br>Attn: Ben Lombardi<br><br>Phone: (510)988 -2225<br>Fax : (510)935-8636<br>blombardi@gaic.com | OMC5389697 | Please Advise | 1.00% | $    57,500 |
| Mitsui Sumitomo<br>560 Lexington Ave. 20th Floor<br>New York, NY 10022<br>Attn: Michael Osorio<br><br>Phone: (212)230-2964<br>Fax: (212)319-7061<br>MOsorio@msicus.com | OCMM001130 | OA102921 | 5.00% | $   287,500 |
| Tokio Marine<br>230 Park Avenue<br>New York, NY   10169<br>Attn: Patricia Quinn<br><br>Phone: (212)297-6752<br>Fax: (212)297-6968<br>Patricia.Quinn@tmclaimsservice.com | T060010666 | NG006-0267 | 5.00% | $   287,500 |
| XL Marine<br>99 Park Avenue, 3rd Floor<br>New York, NY 10016<br>Attn: Jonathan O'Hara<br><br>Phone: (212) 331-1304<br>Fax: (212) 331-1300<br>jonathan.ohara@xlgroup.com | UM00012841CR06A | UM00004059 | 10.00% | $   575,000 |
| Fireman's Fund<br>33 W. Monroe St Ste.1200<br>Chicago, IL 60603-5316<br>Attn: Craig Pearson<br><br>Phone: (312)441-6224<br>Fax: (312)441-6220<br>craig.pearson@ffic.com | OC-96079200 | 20036261 | 2.00% | $   115,000 |
| Page 2 of 3 | Continued on Next Page | | | |

SCHEDULE OF INSURORS          The Boeing Company - Subrogation Receipt Exhibit A
The Boeing Company
June 13, 2006
Damage in Transit  (Pebbles, OH - Tukwila, WA)

| Insuror | Policy No. | Claim No. | Participation | Amount |
|---|---|---|---|---|
| Astro II<br>c/o Aon Insurance Managers<br>76 Paul Street, Suite 500<br>Burlington, VT  05401-4477<br>Attn: Thao T. Nguyen<br>Thao_Nguyen@agl.aon.com<br>cc: Marsh USA<br>　　1215 4th Ave. Suite 2300<br>　　Seattle, WA  98161<br>　　Attn; Mark Walters<br><br>cc:The Boeing Company - WHQ<br>　　100 North Riverside Plaza<br>　　MC 5003-3357<br>　　Chicago IL  60606<br>　　Attn: Elizabeth Rosenfeld and Shelly Hubicki | 314-1-06MAR | Please Advise | 10.00% | $　　575,000 |
| Astro II<br>c/o Aon Insurance Managers<br>76 Paul Street, Suite 500<br>Burlington, VT  05401-4477<br>Attn: Thao T. Nguyen<br><br>cc:<br>C/o The Baloise Insurance Company<br>PO Box Aeschengraben 21<br>4000 Basle,  Switzerland<br>Attn: Priska Hostettler<br>priska.hosttetler@baloise.ch<br>Phone: 011 4161 285 71 87<br>Fax:  011 4161 285 90 09 | 314-1-06MAR | 506.06 | 4.00% | $　　230,000 |
| Hartford<br>PO Box 3122<br>Naperville IL. 60566<br>Attn: Sherry Ortega<br><br>Phone: (800)843-7006 X 28845<br>Fax: (800)380-9699<br>Sherry.Ortega@thehartford.com | 83CTPAJ7978 | CP6559641 | 1.00% | $　　57,500 |
| Total | | | | $5,750,000 |

Page 3 of 3