

Web   Images   Video   News   Maps   Desktop   more »

strother washington      [Search]   Desktop Preferences / Advanced Search

## Cached messages

Message **1** of **1** in conversation

Reply | Reply to all | Forward | View in Outlook

### ✉ RE: FW: Annett Holdings v. Underwriters atLloyd'sandOtherInsurance Companies, N.D. ILL. No. 08-11- Without Prejudice Under FRE 408

From: David Maloof <Dmaloof@maloofandbrowne.com>
To: Todd Strother <Strother.Todd@bradshawlaw.com>, Todd Barton <tbarton@maloofandbrowne.com>, Thomas Eagan <teagan@maloofandbrowne.com>
CC: Bradley Beaman <Beaman.Bradley@bradshawlaw.com>, Denny Dennis <Dennis.Denny@bradshawlaw.com>, <cwerner@smithandbent.com>
Date: Mar 13 2008 - 5:21pm



EXHIBIT

We are of course working on our response to your letter and filing.

Before we throw into the hands of the court the issue of what forum (mediation, arbitration, Washington, Illinois, etc...) we should be in, it makes some sense to try to save on "sideways" litgation and explore an agreement. I understood from your prior email that your client's primary interest is in having the matter resolved in Federal Court, not State Court or arbitration.

My clients, as you know, initially instructed me to undertake a mediation, so as to first seek a commercial resolution.

Would it make sense to explore with our respective clients an agreement to complete the Washington mediation and, if that fails to result in resolution, then litigation in the WD of Washington?

There is no doubt that as to TMC the Court will order mediation and arbitration if we seek that. And that the court will send the matter to Washington, where the vast majority of witnesses are located, if we seek that. Illinois is only the (un)fortuitous place that the driver happended to fall asleep, the case simply has no connection to that state.

Before I go to my large group of clients, think about this and let me know if this type of resolution is even worth exploring with them, and I will do the same.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York 10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.

-----Original Message-----
From: Todd Strother [mailto:Strother.Todd@bradshawlaw.com]
Sent: Monday, March 10, 2008 2:45 PM
To: David Maloof; Todd Barton; Thomas Eagan
Cc: Bradley Beaman; Denny Dennis; cwerner@smithandbent.com
Subject: RE: FW: Annett Holdings v. Underwriters
atLloyd'sandOtherInsurance Companies, N.D. ILL. No. 08-11

Mr. Maloof-

RLI Insurance Company was personally served on 2-28-08 and Great American Insurance Company, Fireman's Fund Insurance Company and Tokio Marine & Nichido Fire Insurance Co. Ltd. were served through the director of insurance on 2-28-08.