UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, RLI INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE PLC, ST. PAUL FIRE & MARINE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, THE BALOISE INSURANCE COMPANY, LTD., HARTFORD FIRE INSURANCE COMPANY, ZURICH GLOBAL CORPORATE, UK LTD., <br><br> Defendants. | CASE NO.: 08 C 1106 (JHL) (NRN) <br><br><br> **DECLARATION OF ELIZABETH ROSENFELD** |

I, ELIZABETH ROSENFELD, declare as follows:

1. I am employed by The Boeing Company ("Boeing"). My position is Manager of Insurance Litigation and Liability Risks. I submit this declaration in support of

1



Defendants' Motion to Transfer this action to Washington. I make this declaration upon information and belief.

2. I was actively involved in the insurance settlement of this claim from January 2007 through its settlement in August 2007.

3. I believe that the majority of documents and other proof related to the damages to the jet engines that are the subject of this case will be found at Boeing facilities located in the state of Washington.

I declare the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated: Chicago, Illinois
April 29, 2008

_____
Elizabeth Rosenfeld