UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, RLI INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE PLC, ST. PAUL FIRE & MARINE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, THE BALOISE INSURANCE COMPANY, LTD., HARTFORD FIRE INSURANCE COMPANY, ZURICH GLOBAL CORPORATE, UK LTD., <br><br> Defendants. | CASE NO.:  08 C 1106 (JHL) (NRN) <br><br><br><br> **REPLY DECLARATION OF THOMAS M. EAGAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIS ACTION DUE TO A PRIOR ACTION PENDING** |

I, Thomas M. Eagan, declare that I am a member of Maloof Browne & Eagan LLC, attorneys for Defendants, Certain Underwriters at Lloyds and those companies severally subscribing to Boeing Policy Number 509/JC487006, Royal & Sun Alliance Insurance plc, RLI Insurance Company, St. Paul Fire & Marine Insurance Company, Great American Insurance Company, Mitsui Sumitomo Insurance Company of America, Tokio Marine & Nichido Fire

Insurance Company, XL Specialty Insurance Company, Fireman's Fund Insurance Company, The Baloise Insurance Company, Ltd., Hartford Fire Insurance Company and Zurich Global Corporate, UK Ltd. (hereinafter "Defendants"). I declare the following upon information and belief.

1.    I attach hereto as Exhibit A a true copy of the electronic mail dated November 20, 2007 from TMC Transportation acknowledging the Request for Mediation.

2.    I attach hereto as Exhibit B a true copy of the electronic mail dated November 28, 2007 from the American Arbitration Association.

3.    I attach as Exhibit C a true copy of page 1833 from Tetley, *Marine Cargo Claims* (4th Ed. 2008).

4.    I attach as Exhibit D a true copy of the interview dated June 9, 2007 with Betty Messer (truck driver involved in the incident) prepared by Pinkerton.

5.    I attach as Exhibit E a true copy of an excerpt from the website of the Federal Motor Carrier Safety Administration re the Company Safety Profile of Annett Holdings d/b/a TMC Transportation, Inc.

6.    I attach as Exhibit F a true copy of the DOT Enforcement Case Report #1A-2006-1118-050858 re false reports of records of TMC.

7.    I attach as Exhibit G a true copy of a Report dated February 13, 2008 of David F. Dinges, Ph.D, re awareness of sleepiness prior to falling asleep while driving.

8.    I attach as Exhibit H a true copy of an electronic mail dated February 6, 2008 from Defendants' counsel to Plaintiffs' counsel.

I declare the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated: Rye, New York
      June 9, 2008

_____
                Thomas M. Eagan