8:30 A.M.-4:30 P.M. (pacific time). Please then delete the e-mail and any copies of it. Thank you.

---

From: toddb@annettholdings.com [mailto:toddb@annettholdings.com]
Sent: Tuesday, November 20, 2007 8:48 AM
To: Hilda Ibarra
Subject: Case# 75 174 00423 07 Our File# C-19-07

Ms. Ibarrah,

This will acknowledge receipt of the Request for Mediation faxed 11-16-07. We are under contract with Boeing with a specified release value of $2.50 per pound. We are not agreeing to mediation at this time.

Sincerely,

Todd L. Bunting

EVP of Safety

TMC Transportation

515-974-3585

Reply | Reply to all | Forward | View in Outlook

aaa yellowstone        [ Search ]

Google Desktop Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google

EXHIBIT A