From: David Maloof [mailto:Dmaloof@maloofandbrowne.com]
Sent: Wednesday, November 28, 2007 11:29 AM
To: Hilda Ibarra
Cc: toddb@annettholdings.com
Subject: RE: Case# 75 174 00423 07 Our File# C-19-07


Fine, if he accepts and Yellowstone refuses to paticipate, we will obtain a court orderordering them to appear as contractually agreed and also awarding us our attorneys fees for having to take that step.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York  10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com >

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected.  The contents of this email are intended only for the recipient(s) listed above.  If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission.  If you have received this email in error, please notify the sender immediately and delete the transmission.  Delivery of this message is not intended to waive any applicable privileges.  This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.

-----Original Message-----
From: Hilda Ibarra [mailto:IbarraH@adr.org]
Sent: Wednesday, November 28, 2007 2:15 PM
To: David Maloof
Cc: toddb@annettholdings.com
Subject: RE: Case# 75 174 00423 07 Our File# C-19-07

Good morning,


Yes, I have sent an invitation to serve as mediator to Justice Robert F. Utter. As soon as I receive his response with any disclosure or set of proposed dates I will send those to you both. Thank you.


Hilda Ibarra-Medrano
Senior Case Manager
American Arbitration Association
Western Case Management Center
6795 North Palm Ave, 2nd Floor
Fresno, CA 93704
Phone 559.490.1878  Fax 559.490.1919
Email: ibarrah@adr.org

EXHIBIT B