

## INTERVIEW STATEMENT
## Of BETTY ELLEN MESSNER

On Tuesday, June 5, 2007, I conducted an interview of Mrs. Betty Ellen Messner regarding an accident that she had on June 13, 2006 while operating a truck on behalf of Yellowstone Trucking Inc. ("Yellowstone"). The accident occurred on Interstate 74 near Galesburg, Illinois at approximately 7:35 AM. Mrs. Messner operates a truck with her husband, Michael Lee Messner, as team drivers. They are leasees to Yellowstone and have been driving for ten years, four of which have been for Yellowstone.

In the late evening of June 12, 2006, the Messners were in Peebles, Ohio at a General Electric facility where they took delivery of jet engines that were to be delivered to a Boeing facility in Washington State. She could not remember what time they arrived at, or departed, the GE facility but stated that she had been driving approximately 10 hours when the accident occurred. She stated that she had driven through the night while her husband slept in the sleeper compartment of the truck. She began feeling tired as darkness turned to daylight and her plan was to drive to a rest stop located approximately 4 miles past the location of her accident so that she could take a break and/or have her husband take the wheel. However she fell asleep at the wheel, lost control of her rig, and wrecked the truck.

According to Mrs. Messner, at the accident scene the truck was on its side but the engines were still lashed to the truck's bed. However, the tow truck crew began cutting the tarping system in order to get the engines onto the ground. She stated that despite her requests to stay off the engines, the tow crew stood on top of the engines while cutting them loose. After the engines where cut loose, they were then winched from the ground onto a flatbed truck.

Mrs. Messner was unable to provide information regarding her activities for the 24 hours prior to picking up the engines. She stated that she could not remember where she had been or how much she had driven in the prior 24 hours because it was too long ago. She stated that she would have to consult her company logs to determine that information. She further stated that had Yellowstone advised them that they had seventy two hour to deliver the engines to Boeing, they would not have pushed so hard. She said that she and her husband were under the impression that they only had 48 hours to make delivery. That information may be reflected in the Qualcomm data that they received as a part of the dispatch of the assignment.

1

EXHIBIT D

Mrs. Messner advised that this was the first accident that she had experienced as a truck driver. She was cited by the Illinois State Police for driving while fatigued. She continues to drive for Yellowstone.

I have reviewed the entirety of the above statement and it is true and correct to the best of my recollection.


_Carl Rowan Jr_

_____                    June 9, 2007_____
Carl Rowan, Jr.                                        Date
Investigator
Pinkerton Consulting & Investigations