

**Legal Name:** ANNETT HOLDINGS INC
**Doing Business As:** TMC
**USDOT #:** 87409
**Report 2**

## Company Safety Profile
### SafeStat History

SafeStat Score = 2x Accident SEA Value + 1.5x Driver SEA Value + Vehicle SEA Value + Safety Management SEA Value

| SafeStat Date | SafeStat Score | Accident SEA | Driver SEA | Vehicle SEA | Safety Management SEA | Category | Category Description |
|---|---|---|---|---|---|---|---|
| 03/22/2008 | | | 48.44 | 45.84 | 78.28 | | |
| 02/25/2008 | | | 48.28 | 44.99 | 78.13 | | |
| 12/21/2007 | | | 48.27 | 44.29 | 78.04 | | |
| 11/30/2007 | | | 47.86 | 44.62 | 77.99 | | |
| 10/26/2007 | | | 48.74 | 45.29 | 77.92 | | |
| 09/21/2007 | | | 50.07 | 45.02 | 77.95 | | |
| 08/24/2007 | | | 92.35 | 45.46 | 77.84 | | |
| 07/27/2007 | | | 92.53 | 45.87 | 77.8 | | |
| 06/22/2007 | | | 92.54 | 46.37 | 78.06 | | |
| 05/25/2007 | | | 92.6 | 46.16 | 78.04 | | |
| 04/27/2007 | | | 92.55 | 47 | 77.98 | | |

SafeStat calculates a SafeStat Score to rank carriers in descending order by their safety status (i.e. a carrier with the highest SafeStat Score is the first ranked carrier in terms of poor safety status). SafeStat does not assign SafeStat Scores to all carriers. To obtain a SafeStat Score, a carrier must be deficient in at least two different Safety Evaluation Areas (SEAs). A SEA with a value from 75 to 100 is defined as deficient. SEA Values that are less than 75 are not used in the calculation of a SafeStat Score.



**Selection Criteria:**
Crash Sum Date: 03/25/2006 To 03/25/2008
Crash Detail Date: 03/25/2006 To 03/25/2008
Insp Sum Date: 03/25/2006 To 03/25/2008
Insp Detail Date: 03/25/2006 To 03/25/2008
Inspection: ALL



EXHIBIT E

MCMIS
Motor Carrier Management Information System

Company Safety Profile

Report 4

Crashes - 4 Year Summary

Legal Name: ANNETT HOLDINGS INC
Doing Business As: TMC
USDOT #: 87409

Selection Criteria:
Crash Sum Date: 03/25/2006 To 03/25/2008
Crash Detail Date: 03/25/2006 To 03/25/2008
Insp Sum Date: 03/25/2006 To 03/25/2008
Insp Detail Date: 03/25/2006 To 03/25/2008
Inspection: ALL

Each Crash is counted only once according to the highest severity occurrence in the Crash (Fatality, Injury, Towaway). If multiple vehicles of the same Carrier are involved in a single Crash, each individual vehicle is counted as a Crash.

| Year | Fatalities | Injuries | Towaway | Total |
|---|---|---|---|---|
| 2005 | 4 | 45 | 49 | 98 |
| 2006 | 7 | 38 | 88 | 133 |
| 2007 | 4 | 54 | 79 | 137 |
| 2008 | | | | |
| Total: | 15 | 137 | 216 | 368 |
| Average: | 5.0 | 45.7 | 72.0 | 122.7 |
| 2008 | 1 | 5 | 11 | 17 |