## Enforcement Case Report

**Case #:**   IA-2006-0118-US0858
**U.S. DOT #:**   87409
**EIN #:**   42-1292482
**Subject:**   Annett Holdings Inc
dba TMC Transportation Inc
Po Box 1774
Des Moines, IA  50306

| Violations | Violation Description | Number Discovered | Number Documented |
|---|---|---|---|
| 395.8(e) | False reports of records of duty status. | 79 | 49 |

| | | | |
|---|---|---|---|
| Investigation Assigned | 09/19/2005 | Reviewed by: | Chris Soder |
| Investigation Completed | 05/08/2006 | Title: | Federal Program Manager |
| Date NOC Served | 11/21/2006 | Date: | 11/21/2006 |

Safety Investigator's Signature _____

Code #: US0858

EXHIBIT F