**UNIVERSITY OF PENNSYLVANIA SCHOOL OF MEDICINE**

Department of Psychiatry
Unit for Experimental Psychiatry

David F. Dinges, Ph.D.
Director

Professor
Chief, Division of Sleep and Chronobiology

13 February 2008

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York  10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com

Dear Mr. Maloof:

As per your request, the following summarizes some of the scientific literature that indicates people are aware of their sleepiness prior to having a drowsy driving crash. The cited scientific literature is current up to midway through 2006. There are likely a few more relevant studies since then, which I would locate but time does not permit.

Please be advised that if I had additional facts about the case (e.g., time of day of crash, angle of roadway departure, driver prior sleep and work histories, etc.), I would likely be able to cite additional scientific evidence that may be relevant to your case.

## Awareness of sleepiness prior to falling asleep while driving

Both laboratory studies, including those using driving simulators, as well as large scale field studies, including those involving professional commercial truck drivers (sponsored by the U.S. Department of Transportation) fail to support the view that someone could suddenly fall asleep while driving a motor vehicle without having experienced sleepiness or any sign of drowsiness before falling asleep.[14,16,18,23,25,27,30,31,32,39,40,42,45] These studies show that before people fall asleep at the wheel and drift out of lane, depart the roadway, or collide with another vehicle or stationary object, the driver experiences increased subjective sleepiness, struggles to stay awake, and there are both behavioral or physiological signs of drowsiness present. The latter signs have been discovered in experiments and field studies in which healthy adult subjects were objectively monitored with various sensors and video. These behavioral and physiological signs of sleepiness/drowsiness include increased slow eyelid closures, increased head droop, increased intermittent microsleeps, slowing of brain rhythm (EEG) frequencies, increased lapses of attention, increased lane tracking variability, slowed reaction times, etc.[14,16,18,25,26,27,31,32,42] On vigilance-based tasks like driving, reaction times to visual stimuli slow steadily for 10 minutes prior to falling asleep (i.e., prior to a frank sleep attack),[19] suggesting that falling asleep is a progressive process, not sudden and unexpected.

Moreover, studies show that drivers are aware of their sleepiness and their struggle to stay awake prior to crashing, even if they cannot recall actually falling asleep.[23,25,26,27,31,39,42] Increasing subjective sleepiness (i.e., self-awareness of sleepiness) and fighting sleep onset while driving

1013 Blockley Hall • 423 Guardian Drive • Philadelphia, PA 19104-6021 • 215-898-9949 • Fax: 215-573-6410
Email: dinges@mail.med.upenn.edu

EXHIBIT 5

have been found to be associated with increasing lane drifting.[42] The likelihood of falling asleep was highly correlated with increasing self-awareness of sleepiness. Thus, there is extensive evidence that someone cannot fall asleep while driving and have an "accident" without experiencing a sustained period of increasing sleepiness of which they are aware, as well as behavioral signs of sleepiness, requiring them to fight sleep onset.

## References

14. Dinges, D.F., Maislin, G. Brewster, R.M., Krueger, G.P., Carroll, R.J.: Pilot test of fatigue management technologies. Transportation Research Board: *Journal of the Transportation Research Board* No. 1922, Transportation Research Board of the National Academies, Washington, DC, 175-182, 2005.

16. Dinges, D.F., Mallis, M.M., Maislin, G., Powell, J.W.: Final Report: Evaluation of Techniques for *Ocular measurement as an index of fatigue and as the basis for alertness management.* National Highway Traffic Safety Administration, U.S. Department of Transportation, DOT HS 808 762, pp 1-113, April 1998.

18. Dinges D.F., Price NJ, Maislin G, Powell JW, Ecker AJ, Mallis MM, Szuba MP: *Prospective laboratory re-validation of ocular-based drowsiness detection technologies and countermeasures.* Subtask A in Report: Wierwille WW, et al.: NHTSA Drowsy Driver Detection and Interface Project, DTNH 22-00-D-07007; Task Order No. 7; September, 2002.

23. Horne JA, Baulk SD. Awareness of sleepiness when driving. *Psychophysiology* 41(1):161-165, 2004.

25. Horne JA, Reyner LA. Driver sleepiness. *Journal of Sleep Research* 4: 23-29, 1995.

26. Horne JA, Reyner LA. Counteracting driver sleepiness: Effects of napping, caffeine, and placebo. *Psychophysiology* 33: 306-309, 1996.

27. Horne JA, Reyner L. Vehicle accidents related to sleep: A review. *Occupational and Environmental Medicine* 56:289–294, 1999.

30. Lisper, P-O., Laurell, H., van Loon, J.: Relation between time to falling asleep behind the wheel on a closed track and changes in subsidiary reaction time during prolonged driving on a motorway. *Ergonomics* 29(3), 445-453, 1986.

31. MacLean AW, Davies DRT, Thiele K. The hazards and prevention of driving while sleepy. *Sleep Medicine Reviews* 7(6):507-521, 2003.

32. Mallis, M., Maislin, G., Konowal, N., Byrne, V., Bierman, D., Davis, R., Grace, R., Dinges, D.F.: *Biobehavioral responses to drowsy driving alarms and alerting stimuli.* Final report to develop, test and evaluate a drowsy driver detection and warning system for commercial motor vehicle drivers. National Highway Traffic Safety Administration, Federal Highway Administration, Office of Motor Carriers, U.S. Department of Transportation, pp 1-127, 2000.

39. Philip P, Taillard J, Quera-Salva MA, Bioulac B, Akerstedt T. Simple reaction time, duration of driving and sleep deprivation in young versus old automobile drivers. *Journal of Sleep Research* 8: 9-14, 1999.

40. Philip P, Taillard J, Sagaspe P, Valtat C, Sanchez-Ortuno M, Moore N, Charles A, Bioulac B. Age, performance and sleep deprivation. *Journal of Sleep Research* 13:105-110, 2004.

42. Reyner, L.A., Horne, J.A.: Falling asleep whilst driving: are drivers aware of prior sleepiness? *International Journal of Legal Medicine* 111: 120-123, 1998.

45. Summala H, Häkkänen H, Mikkola T, Sinkkonen J. Task effects on fatigue symptoms in overnight driving. *Ergonomics* 42(6):798-806, 1999.

_____
Professor David F. Dinges, Ph.D.

February 13, 2008
Date