attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.


-----Original Message-----
From: David Maloof
Sent: Wednesday, February 06, 2008 3:31 PM
To: David Maloof; 'phil.berg@uk.royalsun.com'; 'blombardi@gaic.com'; 'mosorio@msicus.com'; 'johnathan.ohara@xlgroup.com'; 'craig.pearson@ffic.com'; 'thaonguyen@agl.aon.com'; 'priska.hosttetler@baloise.ch'; 'sherry.ortega@thehartford.com.'; 'Robert.hawes@Xchanging.com'; 'graham.justice@uk.royalsun.com'; 'bcdaniels@travelers.com'; 'patricia.quinn@tmclaimsservice.com'; 'richard.bragg@tmclaimsservice.com'
Subject: FW: AAA No. 75 174 423 07 - Boeing Underwriters v. TMC and Yellowstone -- without prejudice


Phil et.al. - fyi, see below.

We are trying for mediation dates in March.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York 10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.


-----Original Message-----
From: David Maloof
Sent: Wednesday, February 06, 2008 3:27 PM
To: David Maloof
Cc: 'dennis.denny@bradshawlaw.com'; Thomas Eagan
Subject: RE: AAA No. 75 174 423 07 - Boeing Underwriters v. TMC and Yellowstone -- without prejudice


Dear Mr. Denny,

EXHIBIT H

Reviewing the TMC-Yellowstone contract, it appears that efffective June 1, 2006 -- two weeks before the loss in question -- Yellowstone was replaced as the Boeing service provider by TMC.

It further appears that notwithstanding this change Ms. Betty Messner, as an employee of Yellowstone, picked up the cargo in question.

Given the contractual change, Yellowstone would under no circumstances now be permitted to retroactively assert that it is entitled to be reinstated as a party to the Boeing-TMC contract.

As for the Boeing-Yellowstone bill of lading, any limtation in that document is invalid is it fails to provide a space to declare a higher value.

Notwithstanding that Yellowstone is not a party to the mediation agreement, it may be useful to have this issue presented in the mediation as well.

In advance of the mediation, so as to maximize its usefulness, please provide us with the following:

1. Written evidence such as employment contracts demonstrating which company, TMC or Yellowstone, were Ms. Messner's and her husband Michael Messner's actual legal employers. Also, their complete personnel files.

2. Written evidence in the form of all driving records for a one month period prior to the loss which would show Ms. Messner and her husband's hours of service so that we can determine if they were driving legally or illegally when she fell asleep. Also, all investigation reports or statements by them re the accident.

3. Written evidence of who gave Ms. Messner the erroneous instruction that the Boeing engines had to be delivered in 48 hours when the actual delivery time was 72 hours, which in turn induced her to rush the trip and to drive while fatigued (as to which offense she was criminally charged on 6/13/06 and plead guilty on 6/26/06.)

We would like to have these documents by the end of this month.

Please also provide the contact details for the liability insurers now becoming involved and their counsel. I understand that the policy is $ 1 million; please advise if that is correct and is there any excess insurance? Also, does the policy cover TMC, Yellowstone or both?

Thank you.

Sincerely,

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York 10580
Telephone (914) 921-1200
Fax (914) 921-1023
E-Mail: dmaloof@maloofandbrowne.com <mailto:dmaloof@maloofandbrowne.com>

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and