## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1106 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Annett Holdings, et al. vs. Certain Underwriters at Lloyds, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendants' motion to transfer [14] or to dismiss [29] are denied. Status hearing is set for 6/24/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|