

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC. and YELLOWSTONE TRUCKING, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER 509/JC487006, RLI INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE PLC, ST. PAUL FIRE & MARINE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, THE BALOISE INSURANCE COMPANY, LTD., HARTFORD FIRE INSURANCE COMPANY, ZURICH GLOBAL CORPORATE, UK LTD., <br><br> Defendants/Counter-Claimants. | CASE NO: 1:08-cv-01106 <br><br> Judge Lefkow <br> Magistrate Judge Nolan <br><br> **STIPULATION OF DISMISSAL** <br><br>  |

## STIPULATION OF DISMISSAL

The Plaintiffs/Counter-Defendants, Annett Holdings, Inc. d/b/a TMC

Transportation, Inc. and Yellowstone Trucking, Inc. ("Plaintiffs/Counter-Defendants"),

and the Defendants/Counter-Claimants Certain Underwriters At Lloyds And Those Companies Severally Subscribing To Boeing Policy Number 509/JC487006, RLI Insurance Company, Great American Insurance Company, Tokio Marine & Nichido Fire Insurance Company, Fireman's Fund Insurance Company, Royal & Sun Alliance Insurance plc, St. Paul Fire & Marine Insurance Company, Mitsui Sumitomo Insurance Company of America, XL Specialty Insurance Company, The Baloise Insurance Company, Ltd., Hartford Fire Insurance Company, and Zurich Global Corporate, UK Ltd. ("Defendants/Counter-Claimants") hereby agree and stipulate as follows:

1. On or about August 26, 2008, the parties executed a Settlement Agreement and Release, which resolved all claims that are the subject of this action.

2. Pursuant to the executed Settlement Agreement and Release, the parties have agreed to dismissal with prejudice of all claims, including all counterclaims, in this action, with each side to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

_____          9/2/08
Jason R. Bent                            Dated
Smith & Bent, P.C.
Attorney for all Plaintiffs/Counter-Defendants

_____          8/29/08
David T. Maloof                          Dated
Maloof Browne & Eagan LLC
Attorney for all Defendants/Counter-Claimants