Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1106 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Annett Holdings, Inc., et al. vs. Certain Underwriters at Lloyds, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal, case dismissed with prejudice, with each side to bear its own attorneys' fees and costs. Status hearing of 10/2/2008 stricken. Civil Case Terminated.

Docketing to mail notices.

FILED
2008 SEP -3 PM 4:18
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|